UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAUL CONTRERAS-ESPINOZA,<br><br>  Defendant. | Case No.: 24-cr-00591-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2024

_____
Hon. Anthony J. Battaglia
United States District Judge